

# NUMBER 13-18-00227-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**LULU DANELIAN A/K/A LULU BESTON
POWERS A/K/A LULU POWERS,**                        **Appellant,**

**v.**

**CHARLES A. HICKS,**                                              **Appellee.**

**On appeal from the 214th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras, and Hinojosa
Memorandum Opinion by Justice Rodriguez**

Appellant, Lulu Danelian a/k/a Lulu Beston Powers a/k/a Lulu Powers, filed an

appeal from a judgment entered by the 214th District Court of Nueces County, Texas, in

cause number 2017DCV-0832-F. Appellant has filed an unopposed motion to dismiss

the appeal on grounds the parties have reached an agreement and appellant no longer wishes to pursue the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
24th day of May, 2018.